Anna Y. Park, SBN 164242
Sue Noh, SBN 192134
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone:  (213) 894-1083
Facsimile:  (213) 894-1301
E-Mail:  lado.legal@eeoc.gov

Rumduol Vuong, SBN 264392
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
2300 Tulare Street, Suite 215
Fresno, CA 93721
Telephone: (559) 487-5135
Facsimile: (559) 487-5053
E-Mail: rumduol.vuong@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>FARMERS INSURANCE EXCHANGE, and Does 1-10 Inclusive,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.:<br><br>**COMPLAINT—TITLE VII**<br>• **Race Discrimination**<br>• **Retaliation**<br><br><br>**JURY TRIAL DEMAND** |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of race (Asian) and retaliation, and to provide appropriate relief to Chia Xiong, Jason Lowry, and other similarly

situated individuals who were adversely affected by such practices. As set forth with greater particularity in paragraphs 12 to 17 of this Complaint, Plaintiff United States Equal Employment Opportunity Commission ("Plaintiff" or "Commission") alleges that Defendant Farmers Insurance Exchange ("Defendant" or "Farmers") unlawfully discrimination against Charging Party Xiong and similarly situated individuals when Defendant subjected them to disparate treatment due to their race. Plaintiff also alleges that Defendants subjected Charging Party Jason Lowry to unlawful retaliation for his participation in a protected activity.

## JURISDICTION AND VENUE

1.     Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2.     The employment practices alleged to be unlawful were and are now being committed within the jurisdiction of the United States District Court for the Eastern District of California.

## PARTIES

3.     The Commission is an agency of the United States of America, charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4.     At all relevant times, Defendant Farmers has been a corporation doing business in Fresno County.

5.     At all relevant times, Defendant Farmers has continuously been a corporation doing business in the State of California, and has continuously had at least 15 employees.

6.     All of the acts and failures to act alleged herein were duly performed by and attributable to all Defendant, each acting as a successor, agent, alter ego, employee, indirect employer, joint employer, integrated enterprise and/or or under the direction and control of the others, except as specifically alleged otherwise. Said acts and failures to act were within the scope of such agency and/or employment, and each Defendant participated in, approved and/or

1  ratified the unlawful acts and omissions by the other Defendant complained of herein.  Whenever

2  and wherever reference is made in this Complaint to any act by a Defendant, such allegations

3  and reference shall also be deemed to mean the acts and failures to act of each Defendant acting

4  individually, jointly, and/or severally.

5         7.      Plaintiff is ignorant of the true names and capacities of each Defendant sued as

6  DOES 1 through 10, inclusively, and therefore Plaintiff Commission sues said defendant(s) by

7  fictitious names.  Plaintiff reserves the right to amend the complaint to name each DOE

8  defendant individually or collectively as they become known.  Plaintiff alleges that each DOE

9  defendant was in some manner responsible for the acts and omissions alleged herein and Plaintiff

10  will amend the complaint to allege such responsibility when the same shall have been ascertained

11  by Plaintiff.

12                              **STATEMENT OF CLAIMS**

13         8.      More than thirty days prior to the institution of this lawsuit, Charging Parties,

14  Chia Xiong and Jason Lowry filed charges with Plaintiff alleging violations of Title VII by

15  Defendants.

16         9.      Prior to instituting this lawsuit, Plaintiff attempted to eliminate the unlawful

17  employment practices herein alleged and to effect voluntary compliance with Title VII through

18  informal methods of conciliation, conference, and persuasion within the meaning of Section

19  706(b) of Title VII, 42 U.S.C. Sections 2000e-5(b) and 2000e-6.

20         10.     All conditions precedent to the institution of this lawsuit has been fulfilled.

21         11.     Since at least 2009, Defendant singled out Asian employees by subjecting them to

22  disparate treatment.

23         12.     Prior to 2009, Charging Party Chia Xiong and other employees in Defendant's

24  Fresno, CA office were instructed by their supervisor to code payments as partial payments to

25  avoid negative customer service surveys.

26         13.     In 2009, Defendants conducted an audit regarding the issuance of partial

27  payments.  During this audit, Defendant interviewed several claims representatives relating to the

28  coding of partial payments.  Among the claims representatives interviewed were Charging Party

1    Chia Xiong, John Yang, and Charging Party Jason Lowry.

2        14.    After these interviews, Defendants terminated the employment of its Asian

3    employees (Chia Xiong and John Yang) while retaining similarly situated non-Asian employees

4    who had also coded cases as partial payments.

5        15.    In 2009, Chia Xiong filed a charge of discrimination with Plaintiff EEOC.

6        16.    During its investigation into Xiong's charge of discrimination, the EEOC

7    interviewed Jason Lowry on or about May 24, 2012.

8        17.    On or about June 5, 2012, Lowry was questioned by Defendant about his

9    interview with the EEOC.  On or about June 6, 2012, Defendant placed Lowry was on

10   administrative leave.  Lowry was subsequently terminated on or about July 18, 2012, due to his

11   participation in the EEOC's investigation.

12       18.    The effect of the practices complained of in paragraphs 12 to 17 above has been

13   to deprive Charging Party Chia Xiong and similarly situated individuals of equal employment

14   opportunities and otherwise adversely affects their status as employees because of their race.

15       19.    The effect of the practices complained of in paragraphs 12 to 17 above has been

16   to deprive Charging Party Jason Lowry of equal employment opportunities and otherwise

17   adversely affects his status as employees because he participated in a protected activity.

18       20.    The unlawful employment practices complained of in paragraph 12 to 17 above

19   were intentional and caused Charging Parties and similarly situated individuals to suffer

20   emotional distress.

21       21.    The unlawful employment practices complained of in paragraphs 12 to 17 above

22   were and are done with malice or with reckless indifference to the federally protected rights of

23   Charging Parties and other similarly situated individuals.

24                          **PRAYER FOR RELIEF**

25       Wherefore, the Commission respectfully requests that this Court:

26       A.    Grant a permanent injunction enjoining Defendant, its officers, successors, agents,

27   servants, employees, attorneys, and all persons in active concert or participation with them from

28

1   engaging in disparate treatment of Asian individuals and any other employment practice which

2   discriminates on the basis of race.

3        B.    Grant a permanent injunction enjoining Defendant, its officers, successors, agents,

4   servants, employees, attorneys, and all persons in active concert or participation with them from

5   engaging in retaliation.

6        C.    Order Defendant to institute and carry out policies, practices, and programs which

7   provide equal employment opportunities for Asians, and which eradicate the effects of its past

8   and present unlawful employment practices.

9        D.    Order Defendant to make whole Charging Parties and similarly situated

10  individuals in amounts to be determined at trial, and other affirmative relief necessary to

11  eradicate the effects of its unlawful employment practices, including but not limited to

12  reinstatement of Charging Parties or front pay in lieu thereof.

13       D.    Order Defendant to make whole Charging Parties and similarly situated

14  individuals by providing compensation for past and future pecuniary losses resulting from the

15  unlawful employment practices described in paragraphs 12 to 17 above, including but not limited

16  to job search expenses and relocation expenses, prejudgment interest on lost pay and benefits in

17  amounts to be determined at trial.

18       E.    Order Defendant to make whole Charging Parties and similarly situated

19  individuals by providing compensation for past and future non-pecuniary losses resulting from

20  the unlawful practices complained of in paragraph 12 to 17 above, including but not limited to

21  emotional pain, suffering, loss of enjoyment of life, and humiliation, in amounts to be

22  determined at trial.

23       F.    Order Defendant to pay Charging Parties and similarly situated individuals

24  punitive damages for its malicious and reckless conduct described in paragraphs 12 to 17 above,

25  in amounts to be determined at trial.

26       G.    Grant such further relief as the Court deems necessary and proper in the public

27  interest.

28       H.    Award the Commission its costs of this action.

1

## JURY TRIAL DEMAND

2
The Commission requests a jury trial on all questions of fact raised by its Complaint.

3

4
Dated: September 24, 2013                    Respectfully Submitted

5
                                    P. DAVID LOPEZ,
6                                   General Counsel

7                                   JAMES LEE,
                                    Deputy General Counsel
8

9                                   GWENDOLYN YOUNG REAMS,
                                    Associate General Counsel
10

11                                  U.S. EQUAL EMPLOYMENT
                                    OPPORTUNITY COMMISSION
12                                  131 "M" Street, N.E.
                                    Washington, D.C.  20507
13

14                          By: _____
                                    ANNA Y. PARK,
15                                  Regional Attorney

16                                  SUE NOH,
                                    Supervisory Trial Attorney
17

18                                  RUMDUOL VUONG,
                                    Trial Attorney
19

20                                  U.S. EQUAL EMPLOYMENT
                                    OPPORTUNITY COMMISSION
21

22

23

24

25

26

27

28