**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | 1:13-cv-01574-AWI-SKO |
| Plaintiff, | **ORDER VACATING HEARING DATE AND TAKING MATTER UNDER SUBMISSION** |
| v. | (Doc. 10) |
| FARMERS INSURANCE EXCHANGE, | |
| Defendant. _____/ | |

On January 28, 2012, Defendant Farmers Insurance Company filed a motion to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). The motion is set for hearing before this Court on Monday, March 10, 2014 at 1:30 p.m. On February 24, 2014, Plaintiff Equal Employment Opportunity Commission filed an opposition. Defendant filed a reply on March 3, 2014.

Having reviewed the pleadings of record and all competent and admissible evidence submitted, the Court finds this matter suitable for decision without oral argument. *See* Eastern District Local Rule 230(g). The hearing date of March 10, 2014 is hereby VACATED and the parties shall not appear at that time. The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:  March 4, 2014                                    _____
                                                                                SENIOR DISTRICT JUDGE