Anna Y. Park, SBN 164242
Rumduol Vuong, SBN 264392
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov
Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Laura J. Maechtlen
Brian Wong
SEYFARTH SHAW
560 Mission Street, 31st Floor
San Francisco, CA 94105
lmaechtlen@seyfarth.com
bwong@seyfarth.com
Attorneys for Defendant
FARMERS INSURANCE EXHANGE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

v.

FARMERS INSURANCE EXCHANGE,

Defendants

Case No: 1:13-CV-01574 AWI SKO

**CORRECTED JOINT STIPULATION EXTENDING JOINT SCHEDULING CONFERENCE DEADLINES AND ORDER**

Plaintiff United States Equal Employment Opportunity Commission ("EEOC" or "Plaintiff") and Defendant Farmers Insurance Exchange ("Defendant"), through their respective counsel of record herein, hereby respectfully request a continuance of the joint scheduling conference and accompanying deadlines.

On September 30, 2013, the EEOC filed the instant action pursuant to Title VII of the Civil Rights Act of 1964.

Defendant filed a motion to dismiss the action on January 28, 2014. The EEOC filed its opposition to Defendant's motion on February 24, 2014 and Defendant replied on March 3, 2014. On March 4, 2014, the Court took the matter under submission. (Docket No. 18).

**A. Good Cause to Extend Deadline for Submission of Proposed Protective Order**

The motion to dismiss is still under submission with the Court. The resolution of the motion to dismiss is necessary for the parties to productively proceed with the Rule 26(f) conference and the joint scheduling conference.

**B. Stipulation to Extend Deadlines**

As such, the parties stipulate and respectfully request that the joint scheduling conference and attendant deadlines be amended as follows:

1. The joint scheduling conference shall be held on July 8, 2014.

2. The parties shall submit a joint scheduling report to the Court no later than July 1, 2014.

3. The parties shall conduct their Rule 26(f) conference no later than June 18, 2014.

Respectfully submitted,

Dated: April 21, 2014

/s/ Rumduol Vuong
RUMDUOL VUONG,
Trial Attorney
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Date: April 21, 2014

/s/ Brian Wong
George E. Preonas
Andrew M. Paley
Laura J. Maechtlen
Brian Wong
Attorneys for Defendant
FARMERS INSURANCE EXCHANGE

**ORDER**

GOOD CAUSE SHOWING, THIS COURT HEREBY ORDERS THAT,

The initial scheduling conference shall be continued to July 8, 2014. The parties shall conduct their Rule 26(f) conference no later than June 18, 2014, and their joint scheduling report shall be due on July 1, 2014.

IT IS SO ORDERED.

Dated: **April 21, 2014**

**/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE