# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br><br>FAMERS INSURANCE EXCHANGE, AND DOES 1-10, INCLUSIVE,<br><br>　　　　　Defendants.<br>_____/ | Case No. 1:13-cv-01574-AWI-SKO<br><br>**ORDER**<br><br>(Doc. 36) |

For good cause shown, the parties' joint stipulation to extend discovery deadlines (Doc. 35) is hereby approved and the new deadlines for discovery set forth in the Scheduling Order shall be amended as follows:

1. Non-expert discovery shall be completed by July 15, 2015;
2. Expert disclosure shall be completed by August 26, 2015;
3. Supplemental expert disclosure shall be completed by September 17, 2015;
4. Expert discovery shall be completed by October 23, 2015;
5. Non dispositive motions shall be filed by October 28, 2015, and heard by November 25, 2015;

6. Dispositive motion shall be filed by November 18, 2015, and heard by December 23, 2015;

7. The Pretrial conference shall be held on February 17, 2016; and

8. Trial shall commence on April 19, 2016.

IT IS SO ORDERED.

Dated:   **February 12, 2015**                    **/s/ Sheila K. Oberto**
                                                  UNITED STATES MAGISTRATE JUDGE