Anna Y. Park, SBN 164242
Rumduol Vuong, SBN 264392
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-2575
Facsimile: (213) 894-1301
Attorneys for Plaintiff U.S. EEOC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br>v.<br><br>FARMERS INSURANCE EXCHANGE,<br><br>Defendant(s). | Case No.: 1:13-CV-01574 AWI SKO<br><br>**JOINT STIPULATION FOR CONTINUED SETTLEMENT CONFERENCE; ORDER** |

Plaintiff United States Equal Employment Opportunity Commission ("EEOC" or "Plaintiff") and Defendants Farmers Insurance Exchange ("Defendant"), through their respective counsel of record, hereby stipulate pursuant to Rules 16 and 26 of the Federal Rules of Civil Procedure as follows:

**1. Good Cause to Conduct Settlement Conference**

Pursuant to the Local Rules, the parties have engaged in good faith settlement discussions and believe that a settlement conference in front of the magistrate judge may produce a settlement in this matter; however, due to outstanding discovery disputes and other matters, the parties believe that an extension of time will enable the parties to more fully participate in fruitful settlement discussions.

///

-1-

**2. <u>Stipulation to Conduct Settlement Conference</u>**

The parties stipulate that the Scheduling Order be amended to reflect the following new deadlines:

    a.  Settlement conference shall be conducted on April 23, 2015;

    b.  Confidential settlement conference briefs shall be submitted no later than one week prior to the settlement conference.

IT IS SO STIPULATED.

                              U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Date: March 9, 2015             By:    /s/ *Rumie Vuong*
                                                Rumie Vuong
                                                Attorney for Plaintiff U.S. EEOC

                              SEYFARTH SHAW

Date: March 9, 2015             By:    /s/ *Laura Maechtlan*
                                                Laura Maechtlan
                                                Attorney for Defendant Farmers Insurance Exchange

**ORDER**

For good cause shown, the stipulation to conduct settlement conference is granted. The settlement conference shall be continued from March 20, 2015 to April 23, 2015 at 10:00 a.m. before Magistrate Judge Stanley A. Boone. Confidential settlement conference briefs shall be submitted no later than April 16, 2015.

IT IS SO ORDERED.

Dated:     **March 9, 2015**

UNITED STATES MAGISTRATE JUDGE