# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>FARMERS INSURANCE EXCHANGE,<br><br>Defendant. | Case No.  1:13-cv-01574-AWI-SKO<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT<br><br>(ECF No. 46)<br><br>DEADLINE:  APRIL 20, 2015 |

A settlement conference in this action is set before the undersigned on April 23, 2015. Pursuant to the scheduling order, the parties' confidential settlement statements are due no later than one week prior to the scheduling conference.  On April 15, 2015, Defendant filed a motion for an extension of time to submit the confidential settlement statement.

Based on the foregoing, IT IS HEREBY ORDERED that Defendant's confidential settlement statement shall be submitted to the undersigned on or before noon on April 20, 2015.

IT IS SO ORDERED.

Dated:  __April 16, 2015__

_____
UNITED STATES MAGISTRATE JUDGE

1