Anna Y. Park, SBN 164242
Sue Noh, SBN 192134
Rumduol Vuong, SBN 264392
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1108
Facsimile: (213) 894-1301
Attorneys for Plaintiff U.S. EEOC

SEYFARTH SHAW LLP
Laura Maechtlen (SBN 224923)
lmaechtlen@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, CA 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
Attorneys for Defendant
FARMERS INSURANCE EXCHANGE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>FARMERS INSURANCE EXCHANGE, AND DOES 1-10, INCLUSIVE,<br><br>　　　　　Defendant(s). | Case No.: 1:13-CV-01574 AWI SKO<br><br>**PLAINTIFF AND DEFENDANT'S STATUS REPORT** |

　　　　Plaintiff United States Equal Employment Opportunity Commission ("EEOC" or "Plaintiff") and Defendant Farmers Insurance Exchange ("Farmers" or "Defendant"), through their respective counsel of record, hereby submit the following joint status report to the Court.

/ / /

1  EEOC and Defendant are still finalizing the terms of the injunctive remedies to be
2  contained in the consent decree and have agreed upon a monetary term for settlement.  To
3  finalize the consent decree and obtain necessary signatures, EEOC and Defendant require
4  additional time.  As such, the parties request an additional sixty (60) days from this status update
5  to submit either a finalized decree or a status update.

|  |  |  |
|---|---|---|
|  |  | U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION |
| Date:  July 11, 2016 | By: | /s/ *Rumie Vuong* <br> Rumie Vuong <br> Attorney for Plaintiff U.S. EEOC |
|  |  | SEYFARTH SHAW |
| Date:  July 11, 2016 | By: | */s/ Laura Maevthlan* <br> Laura Maechtlen <br> Attorney for Defendant Farmers Insurance Exchange |

**PROPOSED ORDER**

The stipulation to extend deadline to file consent decree or submit a status update is hereby approved. The parties shall submit a status update or file a consent decree on or by September 15, 2016.

IT IS SO ORDERED.

Dated:  July 11, 2016

_____
SENIOR DISTRICT JUDGE